**STATE of Missouri, Respondent,**

v.

**Jim MURRELL, Appellant.**

**No. WD 38923.**

Missouri Court of Appeals,
Western District.

July 14, 1987.

Robert G. Smith, Brookfield, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for the sale of a Schedule II controlled substance, in violation of § 195.020.1 and § 195.200.1(4), RSMo 1986.

Judgment affirmed. Rule 30.25(b).